[No. 8219-9-III.   Division Three.   April 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ERASMO CALDERON, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 86-1-50121-4, Robert S. Day, J., entered October 28, 1986. *Affirmed* by unpublished opinion

per Munson, J., concurred in by Thompson, A.C.J., and Green, J.